Exhibit 2

**COMMODITY FUTURES TRADING COMMISSION**
**V.**
**TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, et. al.**
**CASE NO. 1:24-CV-23745-RKA**
**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CF Preferred LLC**
**For the Period from October 1, 2019 to October 31, 2024**

**Source:** Bank reconstruction

| Bank ID # | Entity | Statement Clearing Date | Type | Payee | Deposits / Credits | Checks / Debits | Net Amount |
|---|---|---|---|---|---|---|---|
| 1st Bank 2712 | SAEG Capital LTD | 12/09/20 | Wire In | CF Preferred LLC | 48,866.35 | - | 48,866.35 |
| 1st Bank 2712 | SAEG Capital LTD | 12/18/20 | Wire In | CF Preferred LLC | 190,829.21 | - | 190,829.21 |
| 1st Bank 2712 | SAEG Capital LTD | 12/21/20 | Wire In | CF Preferred LLC | 98,324.57 | - | 98,324.57 |
| 1st Bank 2712 | SAEG Capital LTD | 02/10/21 | Wire In | CF Preferred LLC | 15,404.46 | - | 15,404.46 |
| 1st Bank 2712 | SAEG Capital LTD | 02/16/21 | Wire In | CF Preferred LLC | 19,624.90 | - | 19,624.90 |
| 1st Bank 2712 | SAEG Capital LTD | 03/04/21 | Wire In | CF Preferred LLC | 46,329.41 | - | 46,329.41 |
| 1st Bank 2712 | SAEG Capital LTD | 04/14/21 | Wire In | CF Preferred LLC | 62,003.84 | - | 62,003.84 |
| 1st Bank 2712 | SAEG Capital LTD | 05/07/21 | Wire In | CF Preferred LLC | 66,571.73 | - | 66,571.73 |
| 1st Bank 2712 | SAEG Capital LTD | 05/12/21 | Wire In | CF Preferred LLC | 265,612.86 | - | 265,612.86 |
| 1st Bank 2712 | SAEG Capital LTD | 05/17/21 | Wire In | CF Preferred LLC | 78,815.99 | - | 78,815.99 |
| 1st Bank 2712 | SAEG Capital LTD | 05/18/21 | Wire In | CF Preferred LLC | 39,411.06 | - | 39,411.06 |
| 1st Bank 2712 | SAEG Capital LTD | 06/17/21 | Wire In | CF Preferred LLC | 188,979.31 | - | 188,979.31 |
| 1st Bank 2712 | SAEG Capital LTD | 06/22/21 | Wire In | CF Preferred LLC | 280,224.77 | - | 280,224.77 |
| 1st Bank 2712 | SAEG Capital LTD | 06/30/21 | Wire In | CF Preferred LLC | 228,146.24 | - | 228,146.24 |
| 1st Bank 2712 | SAEG Capital LTD | 07/13/21 | Wire Out | CF Preferred LLC | - | 500,000.00 | (500,000.00) |
| 1st Bank 2712 | SAEG Capital LTD | 07/15/21 | Wire Out | CF Preferred LLC | - | 600,000.00 | (600,000.00) |
| 1st Bank 2712 | SAEG Capital LTD | 07/16/21 | Wire Out | CF Preferred LLC | - | 600,000.00 | (600,000.00) |
| 1st Bank 2712 | SAEG Capital LTD | 07/21/21 | Wire Out | CF Preferred LLC | - | 611,000.00 | (611,000.00) |
| 1st Bank 2712 | SAEG Capital LTD | 07/22/21 | Wire Out | CF Preferred LLC | - | 217,000.00 | (217,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 08/23/21 | Wire Out | CF Preferred LLC | - | 250,000.00 | (250,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 08/26/21 | Wire Out | CF Preferred LLC | - | 250,000.00 | (250,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 08/27/21 | Wire Out | CF Preferred LLC | - | 250,000.00 | (250,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 09/02/21 | Wire Out | CF Preferred LLC | - | 400,000.00 | (400,000.00) |

Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

Exhibit

**COMMODITY FUTURES TRADING COMMISSION**
**V.**
**TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, et. al.**
**CASE NO. 1:24-CV-23745-RKA**
**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CF Preferred LLC**
**For the Period from October 1, 2019 to October 31, 2024**

**Source:** Bank reconstruction

| Bank ID # | Entity | Statement Clearing Date | Type | Payee | Deposits / Credits | Checks / Debits | Net Amount |
|---|---|---|---|---|---|---|---|
| 1st Bank 3504 | SACAP Holdings Inc. | 09/10/21 | Wire Out | CF Preferred LLC | - | 400,000.00 | (400,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 09/15/21 | Wire Out | CF Preferred LLC | - | 400,000.00 | (400,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 09/17/21 | Wire Out | CF Preferred LLC | - | 400,000.00 | (400,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 10/13/21 | Wire Out | CF Preferred LLC | - | 500,000.00 | (500,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 10/20/21 | Wire Out | CF Preferred LLC | - | 400,000.00 | (400,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 11/17/21 | Wire Out | CF Preferred LLC | - | 500,000.00 | (500,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 11/22/21 | Wire Out | CF Preferred LLC | - | 500,000.00 | (500,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 12/17/21 | Wire Out | CF Preferred LLC | - | 500,000.00 | (500,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 12/22/21 | Wire Out | CF Preferred LLC | - | 500,000.00 | (500,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 12/27/21 | Wire Out | CF Preferred LLC | - | 500,000.00 | (500,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 12/31/21 | Wire Out | CF Preferred LLC | - | 500,000.00 | (500,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 01/04/22 | Wire Out | CF Preferred LLC | - | 500,000.00 | (500,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 01/07/22 | Wire Out | CF Preferred LLC | - | 500,000.00 | (500,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 01/11/22 | Wire Out | CF Preferred LLC | - | 500,000.00 | (500,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 01/13/22 | Wire Out | CF Preferred LLC | - | 500,000.00 | (500,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 01/18/22 | Wire Out | CF Preferred LLC | - | 500,000.00 | (500,000.00) |
| 1st Bank 3504 | SACAP Holdings Inc. | 01/21/22 | Wire Out | CF Preferred LLC | - | 500,000.00 | (500,000.00) |
| | | | | | **$ 1,629,144.70** | **$11,778,000.00** | **$ (10,148,855.30)** |