**Exhibit 99**

**COMMODITY FUTURES TRADING COMMISSION**
**V.**
**TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, et. al.**
**CASE NO. 1:24-CV-23745-RKA**
**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Christopher M. Niemczyk**
**For the Period from October 1, 2019 to October 31, 2024**

**Source:** Bank reconstruction

| Bank ID # | Entity | Statement Clearing Date | Type | Payee | Deposits / Credits | Checks / Debits | Net Amount |
|---|---|---|---|---|---|---|---|
| TD 6056 | Algo Cap | 10/30/2020 | Wire In | Christopher M. Niemczyk | 50,000.00 | - | 50,000.00 |
| TD 6056 | Algo Cap | 3/29/2021 | Wire In | Christopher M. Niemczyk | 20,000.00 | - | 20,000.00 |
| TD 6056 | Algo Cap | 11/1/2021 | Wire In | Christopher M. Niemczyk | 75,000.00 | - | 75,000.00 |
| 1st Bank 3504 | SACAP Holdings Inc. | 2/7/2022 | Wire Out | Christopher M. Niemczyk | - | 4,000.00 | (4,000.00) |
| Stellar Bank 4669 | SECAP Holdings LLC | 2/25/2022 | Wire Out | Christopher M. Niemczyk | - | 4,000.00 | (4,000.00) |
| Stellar Bank 4669 | SECAP Holdings LLC | 3/2/2022 | Wire Out | Christopher M. Niemczyk | - | 4,000.00 | (4,000.00) |
| Veritex 3848 | SECAP Holdings LLC | 3/8/2022 | Wire Out | Christopher M. Niemczyk | - | 60,000.00 | (60,000.00) |
| Veritex 3848 | SECAP Holdings LLC | 7/13/2022 | Wire Out | Christopher M. Niemczyk | - | 16,000.00 | (16,000.00) |
| CB 3830 | SECAP Holdings LLC | 8/30/2022 | Wire Out | Christopher M. Niemczyk | - | 160,000.00 | (160,000.00) |
| | | | | | $ 145,000.00 | $ 248,000.00 | $ (103,000.00) |

Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors