UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
ATTORNEY(S) L.R.I. ATTORNEY'S SUPPORT SERVICES & MORE
1011 SOUTH FEDERAL HIGHWAY HOLLYWOOD, FL 33020 |   PH: 954-944-3900

Index Number: 1:26-cv-24304-CMA
Date Filed: 06/19/2026

Kelly M. Crawford, as Receiver of Traders Domain Fx LTD. d/b/a Traders Domain, et al

Plaintiff

VS

CF Preferred, LLC et al

Defendant

## AFFIRMATION OF SERVICE

KEVIN MILLER, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **7/6/2026**, at **8:05 PM** at **45 Howard Dr , Coram , NY 11727**, Deponent served the within **21-Day Summons & Complaint with Exhibits, Civil Cover Sheet** ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Robert Garcon**, **Defendant** therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **ESTHER GARCON** a **person of suitable age and discretion.**

Said premises is subject's **dwelling house (usual place of abode)** within the state. A perceived description of **ESTHER GARCON** is as follows:

**Perceived Gender**: Female     **Perceived Race**: Black **Color of hair**: Brown     **Age**: 55
**Height**: 5ft4in-5ft8in     **Weight**: 131-160 Lbs.  **Other** :

On **July 7, 2026**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" not indicating that the sender is an attorney or concerns an action against the person served, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to whether the subject was in active military service or financially dependent upon any one who is in the military service of the  United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

I affirm this day _____July 7, 2026_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

KEVIN MILLER
Lic #    N/A
JobID    2654049

Client's File No.: 2026006217

FIRST LEGAL, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791; LICENSE NUMBER: 2127642-DCWP
FIRST LEGAL BUYER, INC