UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-24304-CMA

Kelly M. Crawford, as Receiver of
TRADERS DOMAIN FX LTD. d/b/a,
TRADERS DOMAIN, et al.,

      Plaintiff,

v.

CF Preferred, LLC, et al.,

      Defendants.

_____/

## STATUS REPORT ON SERVICE OF DEFENDANTS

Plaintiff, Kelly M. Crawford, as Receiver of Traders Domain FX Ltd., et al., pursuant to the Court's Order [ECF No. 4] files this status report concerning is continued efforts to serve each Defendant.

The Plaintiff has effectuated service on the following Defendants:

| | | |
|---|---|---|
| 1. | 319 Investment Holdings, LLC | ECF No. 61 |
| 2. | Alejandro D. Canto | ECF No. 3 |
| 3. | Amaury Lendeborg | ECF No. 24 |
| 4. | Angel Benjamin Pomavilla Morocho | ECF No. 37 |
| 5. | Angela Ramson | ECF No. 51 |
| 6. | Ashley Hughes | ECF No. 33 |
| 7. | Boba Tree, LLC | ECF No. 12 |
| 8. | Bolden Capital Group, LLC | ECF No. 21 |
| 9. | Brandon L. Thornhill | ECF No. 25 |
| 10. | Brandon Sims | ECF No. 43 |

| | | |
|---|---|---|
| 11. | CF Preferred, LLC | Affidavit Pending from Server |
| 12. | Cohen and Carter, LLC | ECF No. 7 |
| 13. | Daniel Stammen | ECF No. 28 |
| 14. | Davis Bowe Enterprises, LLC | ECF No. 51 |
| 15. | Day Trading Lab, LLC | ECF No. 27 |
| 16. | Doris M. Liriano | ECF No. 11 |
| 17. | DTM Group, LLC | ECF No. 8 |
| 18. | Erik Johnson | ECF No. 47 |
| 19. | Fabian Guerra | ECF No. 14 |
| 20. | FQP Supplies, LLC | ECF No. 31 |
| 21. | Gabriela C. Giralt | ECF No. 15 |
| 22. | Global JTM Holdings, LLC | ECF No. 58 |
| 23. | Haoran Shi Trade, Inc. | ECF No. 64 |
| 24. | Heather H. Goss | ECF No. 45 |
| 25. | HIM 500, LLC | ECF No. 54 |
| 26. | Jace Investment Group, Inc. | ECF No. 41 |
| 27. | Jacob Morayniss | Affidavit Pending from Server |
| 28. | Jason K. Lobdell | ECF No. 35 |
| 29. | JDC Marketing Solutions, LLC | ECF No. 26 |
| 30. | John Hopkins | ECF No. 38 |
| 31. | Justin C. Griffin | ECF No. 59 |
| 32. | Katapult Events, LLC | ECF No. 55 |
| 33. | Keith and James, LLC | Affidavit Pending from Server |

| | | |
|---|---|---|
| 34. | L&N Group Holdings, LLC | ECF No. 29 |
| 35. | Leanp Construction, LLC | ECF No. 65 |
| 36. | Lourdes C. Ortega Huerta | ECF No. 36 |
| 37. | Ninjago, Inc. | ECF No. 63 |
| 38. | Peter B. Gross | ECF No. 57 |
| 39. | Rajkumarie Shivmangal | ECF No. 19 |
| 40. | Ramon G. Fernandez, P.A. | ECF No. 13 |
| 41. | Richard S. Lagrand Jr. | ECF No. 42 |
| 42. | Robert Garcon | ECF No. 62 |
| 43. | Robert Rodriguez | ECF No. 22 |
| 44. | Rozell Sims | ECF No. 52 |
| 45. | RR Elite, LLC | ECF No. 16 |
| 46. | Salesforce Properties, LLC | ECF No. 49 |
| 47. | SalesFS, LLC | ECF No. 48 |
| 48. | Schneider Enterprise Resources, LLC | ECF No. 32 |
| 49. | Signature Financial Solutions | ECF No. 17 |
| 50. | Sinetix, LLC | ECF No. 60 |
| 51. | Stormy Wellington | ECF No. 40 |
| 52. | Stuntgang, LLC | ECF No. 56 |
| 53. | Tavere Johnson | ECF No. 23 |
| 54. | The Advanced Procurement Team, Inc. | ECF No. 44 |
| 55. | The Finer Things, LLC | ECF No. 50 |
| 56. | TMD Shops, LLC | ECF No. 39 |

| | | |
|---|---|---|
| 57. | Tracy F. Glasper | ECF No. 53 |
| 58. | Waterfall Holding, Inc. | Affidavit Pending from Server |
| 59. | Wealth Connection Global, LLC | ECF No. 30 |
| 60. | Willy G. Contractors, LLC | ECF No. 20 |

The Plaintiff is still diligently working to effectuate service on the following Defendants:

1.      241 Exotics, LLC

2.      Alejandro Imar Calderin

3.      Ann Marie Burton

4.      Antonio Gates, LLC

5.      Bartercorp International, Inc.

6.      Blacksite Ranch, LLC

7.      Business Makeover, LLC

8.      Ching Hung Sun

9.      Christopher Niemczyk

10.     Conwell Capital Holdings Trust

11.     D&K Investment Holdings

12.     Darnell Self

13.     David Shands, LLC

14.     Ecology Home BH, LLC

15.     Edra Lillian Bonsall

16.     Elizabeth Rodriguez

17.     Full Send Investments, LLC

18. Gabriel M. Lopez

19. GPD OTC, LLC

20. Guiseppe Montopoli

21. Iwynn Productions, LLC

22. Investment Partners, LLC

23. James Keith

24. Jamie L. Mellein

25. Jason Yarn Beck

26. Jessica Lopez

27. JJR Wireless Corp.

28. John Gabriel Mellein

29. Joi A. Robinson

30. Juan A. Hernandez

31. Juan Carlos German

32. Kenneth Blount

33. Kos Partners, LLC

34. L-C Green AG Developers, Ltd.

35. Leigha Brisco

36. Little Black Book Enterprises, LLC

37. Lizette Hernandez

38. Loretta Dow Freyhof

39. Lymari Rosa Lopez

40. Mena Millions, Inc.

41.     Millar Express, LLC

42.     Monroe Family Enterprises, Ltd.

43.     NDE Holdings, LLC

44.     New Horizon Trust

45.     Novus Radar Technology

46.     NV Las Vegas Sunrise, LLC

47.     Olalla Ranch, LLC

48.     Patrice McKinney

49.     Patrick Cornelius McHugh

50.     PTG 365, LLC

51.     PTG Enterprises, Inc.

52.     Real Hasta La Muerte, LLC

53.     Richard Chesler

54.     Rodney F. Credit

55.     Said Daibes Figueroa

56.     Sams Management, LLC

57.     Self Defined, Inc

58.     Sharon B. Beck

59.     Strong Holdings Group, LLC

60.     Tammie Mattish

61.     TDH Properties Limited Partner

62.     Tep Ly Cheam

63.     Vosh & Associates, Inc.

64.     Ynot Capital, Inc.

Respectfully submitted,

*/s/ Russell Landy*
Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
DAMIAN | VALORI | CULMO
*Counsel for Plaintiff, Kelly M. Crawford*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Russell Landy*
Russell Landy

7