**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24304-CMA**

Kelly M. Crawford, as Receiver of
TRADERS DOMAIN FX LTD. d/b/a,
TRADERS DOMAIN, et al.,

        Plaintiff,

v.

CF Preferred, LLC, et al.,

        Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**AS TO JDC MARKETING SOLUTIONS, LLC**

Plaintiff, Kelly M. Crawford, as Receiver of Traders Domain FX LTD. d/b/a Traders Domain, et al., files this notice of voluntary dismissal without prejudice only as to his claims against Defendant, JDC Marketing Solutions, LLC.  For the avoidance of doubt, this dismissal applies only to the Receiver's claims as to JDC Marketing Solutions, LLC, and not any other Defendant.

        Respectfully submitted,

        */s/Russell Landy*
        Russell Landy
        Florida Bar No. 44417
        Email: rlandy@dvllp.com
        Vincenzo Lamonica
        Florida Bar No. 1058073
        Email: vlamonica@dvcattorneys.com
        DAMIAN | VALORI | CULMO
        *Counsel for Plaintiff, Kelly M. Crawford*
        1000 Brickell Avenue, Suite 1020
        Miami, Florida 33131
        Telephone: (305) 371-3960
        Facsimile: (305) 371-3965

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Russell Landy*
Russell Landy