**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-24304-CIV-ALTONAGA**

**KELLY M. CRAWFORD**,

      Plaintiff,

v.

**CF PREFERRED, LLC,** *et al.*,

      Defendants.

_____/

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that David A. Ray of the law firm of Tripp Scott, P.A., hereby appears as counsel for Defendant Justin C. Griffin (the "Defendant").

PLEASE TAKE FURTHER NOTICE that request is made that a true, complete and accurate copy of each and every notice required to be given in this case, as well as copies of all pleadings and other papers filed in the captioned matter, be directed to:

David A. Ray, Esq.
Tripp Scott, P.A.
110 S.E. Sixth Street, Suite 1500
Fort Lauderdale, FL 33301
954-525-7500
dar@trippscott.com

**Dated: July 28, 2026.**

TRIPP SCOTT, P.A.
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500

By: /s/David A. Ray
David A. Ray
Florida Bar Number 13871
dar@trippscott.com
eservice@trippscott.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2026, a true and correct copy of this filing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this filing is being served on counsel of record and parties in interest via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/David A. Ray
David A. Ray