**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-24304-CMA**

KELLY M. CRAWFORD, as Receiver of
Traders Domain FX Ltd. d/b/a Traders
Domain, et al.,

         Plaintiff,

v.

CF PREFERRED, LLC, et al.,

         Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Emily Badea Harake of the law firm of Barnes & Thornburg, 1600 West End Avenue, Suite 800, Nashville, TN 37203, for purposes of appearance as co-counsel on behalf of Defendant Schneider Enterprise Resources, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Emily Badea Harake to receive electronic filings in this case, and in support thereof states as follows:

1.     Emily Badea Harake is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of the States of Tennessee, California, and Missouri, and the United States District Court for the Middle District of Tennessee.

2.     Movant, Matthew F. Hall, Esquire, of the law firm of Barnes & Thornburg, 3300 PGA Boulevard Suite 510, Palm Beach Gardens, FL 33410, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated

as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Emily Badea Harake has made payment of this Court's **$250.00** admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Emily Badea Harake, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Emily Badea Harake at email address: Emily.Harake@btlaw.com.

WHEREFORE, Matthew F. Hall, moves this Court to enter an Order Emily Badea Harake, to appear before this Court on behalf of Defendant Schneider Enterprise Resources, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Emily Badea Harake.

Date: July 29, 2026                           Respectfully submitted,


                                      /s/Matthew F. Hall
                                     Matthew F. Hall
                                     Florida Bar No. 92430
                                     mhall@btlaw.com
                                     BARNES & THORNBURG LLP
                                     3300 PGA Boulevard Suite 510
                                     Palm Beach Gardens, FL 33410


                                     *Attorneys for Defendant*
                                     *Schneider Enterprise Resources, LLC*