**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-24304-CMA**

KELLY M. CRAWFORD, as Receiver of
Traders Domain FX Ltd. d/b/a Traders
Domain, et al.,

       Plaintiff,

v.

CF PREFERRED, LLC, et al.,

       Defendants.

_____/

## <u>CERTIFICATION OF EMILY BADEA HARAKE</u>

Emily Badea Harake, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bars of the States of Tennessee, California, and Missouri, and the United States District Court for the Middle District of Tennessee; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

               */s/ Emily Badea Harake*_____

               Emily Badea Harake
               TN Bar No.042925
               BARNES & THORNBURG LLP
               1600 West End Avenue, Suite 800
               Nashville, TN 37203
               Emily.Harake@btlaw.com
               Phone: (615) 621-6100