# BOARD OF PROFESSIONAL RESPONSIBILITY
of the
## SUPREME COURT OF TENNESSEE

**10 CADILLAC DRIVE, SUITE 220**
**BRENTWOOD, TENNESSEE  37027**
**(615) 361-7500**
**(800) 486-5714**
**FAX:  (615) 367-2480**
**www.tbpr.org**

**SANDY L. GARRETT**
CHIEF DISCIPLINARY COUNSEL
**STEVEN J. CHRISTOPHER**
DEPUTY CHIEF DISCIPLINARY COUNSEL INVESTIGATIONS
**A. RUSSELL WILLIS**
DEPUTY CHIEF DISCIPLINARY COUNSEL LITIGATION
**LAURA L. CHASTAIN**
ETHICS COUNSEL
**BEVERLY P. SHARPE**
DIRECTOR OF CONSUMER ASSISTANCE

**DOUGLAS R. BERGERON**
**R. DAVISON DOUGLAS**
**ERIC A. FULLER**
**JOHN E. GILLILAND**
**KATHERINE B. MELBY**
**MAUREEN F. HUGHES**
**HEATHER D. PIPER**
**EILEEN BURKHALTER SMITH**
**TIFFANY D. TANT-SHAFER**
DISCIPLINARY COUNSEL

July 16, 2026

Emily Badea Harake
808 Garfield St Apt 562
Nashville, TN  37208-2147

Re:     Emily Badea Harake
        BPR No. 042925

TO WHOM IT MAY CONCERN:

On December 18, 1975, the Tennessee Supreme Court established the Board of Professional Responsibility of the Supreme Court of Tennessee to supervise the conduct of attorneys licensed to practice law in this state.

The records of the Board of Professional Responsibility indicate that the attorney referenced above was licensed in Tennessee to practice law and sworn in on 9/30/2025.  The attorney's license is currently Active and is in good standing.

Sincerely,

*Molly Leins*

Molly Leins
Registration Director

ML/np