**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24304-CMA**

Kelly M. Crawford, as Receiver of
TRADERS DOMAIN FX LTD. d/b/a,
TRADERS DOMAIN, et al.,

        Plaintiff,

v.

CF Preferred, LLC, et al.,

        Defendants.

_____/

**NOTICE OF STRIKING ECF NO. 46**

Notice is hereby given that ECF No. 46 was inadvertently filed in this matter and it should

be stricken from the record.

        Respectfully submitted,

        */s/Russell Landy*
        Russell Landy
        Florida Bar No. 44417
        Email: rlandy@dvllp.com
        Vincenzo Lamonica
        Florida Bar No. 1058073
        Email: vlamonica@dvcattorneys.com
        DAMIAN | VALORI | CULMO
        *Counsel for Plaintiff, Kelly M. Crawford*
        1000 Brickell Avenue, Suite 1020
        Miami, Florida 33131
        Telephone: (305) 371-3960
        Facsimile: (305) 371-3965

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 29, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Russell Landy*
Russell Landy