**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-24304-CMA**

KELLY M. CRAWFORD, as Receiver of
Traders Domain FX Ltd. d/b/a Traders
Domain, et al.,

        Plaintiff,

v.

CF PREFERRED, LLC, et al.,

        Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Paul W. Kisslinger of the law firm of Barnes & Thornburg, 555 12th Street, N.W. Suite 1200, Washington, DC 20004-1275, for purposes of appearance as co-counsel on behalf of Defendant Schneider Enterprise Resources, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Paul W. Kisslinger to receive electronic filings in this case, and in support thereof states as follows:

1.      Paul W. Kisslinger is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of the District of Columbia and New Jersey, and the United States District Courts for the District of Columbia, the District of New Jersey, the Southern District of New York, the Eastern District of New York, the Eastern District of Pennsylvania, and the Middle District of Pennsylvania.

2.      Movant, Matthew F. Hall, Esquire, of the law firm of Barnes & Thornburg, 3300 PGA Boulevard Suite 510, Palm Beach Gardens, FL 33410, is a member in good standing of The

Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Paul W. Kisslinger has made payment of this Court's **$250.00** admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Paul W. Kisslinger, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Paul W. Kisslinger at email address: PKisslinger@btlaw.com.

WHEREFORE, Matthew F. Hall, moves this Court to enter an Order Paul W. Kisslinger, to appear before this Court on behalf of Defendant Schneider Enterprise Resources, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Paul W. Kisslinger.

Date: July 30, 2026    Respectfully submitted,


        */s/ Matthew F. Hall*
        Matthew F. Hall
        Florida Bar No. 92430
        mhall@btlaw.com
        BARNES & THORNBURG LLP
        3300 PGA Boulevard Suite 510
        Palm Beach Gardens, FL 33410

        *Attorneys for Defendant*
        *Schneider Enterprise Resources, LLC*