**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-24304-CMA**

KELLY M. CRAWFORD, as Receiver of
Traders Domain FX Ltd. d/b/a Traders
Domain, et al.,

       Plaintiff,

v.

CF PREFERRED, LLC, et al.,

       Defendants.

_____/

## <u>CERTIFICATION OF PAUL W. KISSLINGER</u>

Paul W. Kisslinger, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the Bars of the District of Columbia and New Jersey (retired status in the Bar of Pennsylvania), and the United States District Courts for the District of Columbia, the District of New Jersey, the Southern District of New York, the Eastern District of New York, the Eastern District of Pennsylvania, and the Middle District of Pennsylvania; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                    /s/ *Paul W. Kisslinger*
                                 Paul W. Kisslinger, D.C. Bar# 465768
                                 BARNES & THORNBURG LLP
                                 555 12th Street, N.W., Suite 1200,
                                 Washington, DC 20004 1275
                                 PKisslinger@btlaw.com
                                 Phone: (202) 289-1313