**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-24304-CIV-ALTONAGA**

**KELLY M. CRAWFORD**,

      Plaintiff,

v.

**CF PREFERRED, LLC**, *et al.*,

      Defendants.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Michael P. Dunn, Esq., of Dunn Law, P.A., hereby files this *Notice of Appearance and Request for Service* in the above-styled proceeding on behalf of Defendant **Ashley Hughes**, and requests that copies of all notices, pleadings, motions, orders, and other papers filed or served in this proceeding be served upon undersigned counsel.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 11th day of August, 2026, upon counsel for Plaintiff and registered users in this case.

**DUNN LAW, P.A.**

*/s/ Michael P. Dunn*
Michael P. Dunn, Esq.
Florida Bar No. 100705
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: (786) 433-3866
Fax: (786) 260-0269
Email: michael.dunn@dunnlawpa.com
*Counsel for Defendant Ashley Hughes*