**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-24304-CIV-ALTONAGA**

**KELLY M. CRAWFORD**,

      Plaintiff,

v.

**CF PREFERRED, LLC**, *et al.*,

      Defendants.

_____/

## NOTICE OF APPEARANCE

Evan M. Goldenberg, Esq., of Dunn Law, P.A., hereby files this *Notice of Appearance and Request for Service* in the above-styled proceeding on behalf of Defendant **Ashley Hughes**, and requests that copies of all notices, pleadings, motions, orders, and other papers filed or served in this proceeding be served upon undersigned counsel.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 12th day of August, 2026, upon counsel for Plaintiff and registered users in this case.

           **DUNN LAW, P.A.**

           */s/ Evan M. Goldenberg*
           Evan M. Goldenberg, Esq.
           Florida Bar No. 0087580
           66 West Flagler Street, Suite 400
           Miami, Florida 33130
           Tel: (786) 433-3866
           Fax: (786) 260-0269
           Email: evan.goldenberg@dunnlawpa.com
               *Counsel for Defendant Ashley Hughes*