**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-24304-CIV-ALTONAGA**

**KELLY M. CRAWFORD**,

   Plaintiff,

v.

**CF PREFERRED, LLC**, *et al.*,

   Defendants.

_____/

## NOTICE OF APPEARANCE

Antonio G. Hernandez, Esq., of ANTONIO G. HERNANDEZ, P.A., hereby files this *Notice of Appearance and Request for Service* in the above-styled proceeding on behalf of Defendant **Rozell Sims**, and requests that copies of all notices, pleadings, motions, orders, and other papers filed or served in this proceeding be served upon undersigned counsel at the following email address: HERN8491@BELLSOUTH.NET

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 12th day of August 2026, upon counsel for Plaintiff and registered users in this case.

/s/ Antonio G. Hernandez
**ANTONIO G. HERNANDEZ**
Florida Bar No.: 164828
ANTONIO G. HERNANDEZ, P.A.
2525 Ponce De Leon Blvd.
Coral Gables, Florida 33134
Telephone: (305) 282-3698
HERN8491@BELLSOUTH.NET
*Attorney for Defendant Rozell Sims*