**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| KELLY M. CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>CF PREFERRED, LLC, *et al.*,<br><br>Defendant. | Case No.: 26-24304-CIV-ALTONAGA |

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES**

**PLEASE TAKE NOTICE** that **CHRISTI A. LAWSON** of the law firm **Foley & Lardner LLP** hereby file this Notice of Appearance and Designation of Electronic Mail Address as lead counsel of record for **Defendants, CF PREFERRED LLC and GPD OTC LLC,** by and through their successor-in-interest, GPD Holdings LLC d/b/a CoinFlip, and respectfully request that copies of all pleadings, correspondence, hearing notices, and all other documents in regard to this action be served by electronic mail to the following email addresses:

Primary: Christi A. Lawson (Clawson@foley.com)
Secondary: Natali Garcia (natali.garcia@foley.com )

Dated: August 17, 2026

/s/ Christi A. Lawson
Christi A. Lawson
Florida Bar No.: 0498351

Primary Email: Clawson@foley.com
Secondary Email: natali.garcia@foley.com
**FOLEY & LARDNER LLP**
301 E. Pine Street, Suite 1200
Orlando, FL 32801
Telephone: (407) 423-7656
Facsimile: (407) 648-1743

*Attorneys for Defendants CF PREFERRED, LLC and GPD OTC, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, a true and correct copy of Defendant Defendants, CF PREFERRED LLC and GPD OTC LLC Notice of Appearance and Designation of Email Addresses was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Christi A. Lawson*
Christi A. Lawson