**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24304-CMA**

Kelly M. Crawford, as Receiver of
TRADERS DOMAIN FX LTD. d/b/a,
TRADERS DOMAIN, et al.,

Plaintiff,

v.

CF Preferred, LLC, et al.,

Defendants.
_______________________________________/

**STATUS REPORT ON SERVICE OF DEFENDANTS**

Plaintiff, Kelly M. Crawford, as Receiver of Traders Domain FX Ltd., et al., pursuant to the Court's Order [ECF No. 4] files this status report concerning is continued efforts to serve each Defendant.

The Plaintiff has effectuated service on the following Defendants:

| | | |
|---|---|---|
| 1. | 319 Investment Holdings, LLC | ECF No. 61 |
| 2. | Alejandro D. Canto | ECF No. 3 |
| 3. | Alejandro Imar Calderin | ECF No. 84 |
| 4. | Amaury Lendeborg | ECF No. 24 |
| 5. | Angel Benjamin Pomavilla Morocho | ECF No. 37 |
| 6. | Angela Ramson | ECF No. 51 |
| 7. | Ashley Hughes | ECF No. 33 |
| 8. | Boba Tree, LLC | ECF No. 12 |
| 9. | Bolden Capital Group, LLC | ECF No. 21 |
| 10. | Brandon L. Thornhill | ECF No. 25 |

| | | |
|---|---|---|
| 11. | Brandon Sims | ECF No. 43 |
| 12. | CF Preferred, LLC | ECF No. 68 |
| 13. | Cohen and Carter, LLC | ECF No. 7 |
| 14. | Daniel Stammen | ECF No. 28 |
| 15. | Darnell Self | ECF No. 101 |
| 16. | David Shands, LLC | Affidavit Pending from Server |
| 17. | Davis Bowe Enterprises, LLC | ECF No. 51 |
| 18. | Day Trading Lab, LLC | ECF No. 27 |
| 19. | Doris M. Liriano | ECF No. 11 |
| 20. | DTM Group, LLC | ECF No. 8 |
| 21. | Edra Lillian Bonsall | ECF No. 94 |
| 22. | Erik Johnson | ECF No. 47 |
| 23. | Fabian Guerra | ECF No. 14 |
| 24. | FQP Supplies, LLC | ECF No. 31 |
| 25. | Gabriela C. Giralt | ECF No. 15 |
| 26. | Global JTM Holdings, LLC | ECF No. 58 |
| 27. | GPD OTC, LLC | ECF No. 92 |
| 28. | Haoran Shi Trade, Inc. | ECF No. 64 |
| 29. | Heather H. Goss | ECF No. 45 |
| 30. | HIM 500, LLC | ECF No. 54 |
| 31. | Jace Investment Group, Inc. | ECF No. 41 |
| 32. | Jacob Morayniss | ECF No. 102 |
| 33. | Jason K. Lobdell | ECF No. 35 |

| | | |
|---|---|---|
| 34. | JDC Marketing Solutions, LLC | ECF No. 26 |
| 35. | John Hopkins | ECF No. 38 |
| 36. | Justin C. Griffin | ECF No. 59 |
| 37. | Katapult Events, LLC | ECF No. 55 |
| 38. | L-C Green AG Developers, Ltd. | ECF No. 103 |
| 39. | L&N Group Holdings, LLC | ECF No. 29 |
| 40. | Leanp Construction, LLC | ECF No. 65 |
| 41. | Loretta Dow Freyhof | ECF No. 93 |
| 42. | Lourdes C. Ortega Huerta | ECF No. 36 |
| 43. | Mena Millions, Inc. | ECF No. 95 |
| 44. | Ninjago, Inc. | ECF No. 63 |
| 45. | Peter B. Gross | ECF No. 57 |
| 46. | PTG 365, LLC | ECF No. 99 |
| 47. | PTG Enterprises, Inc. | ECF No. 98 |
| 48. | Rajkumarie Shivmangal | ECF No. 19 |
| 49. | Ramon G. Fernandez, P.A. | ECF No. 13 |
| 50. | Real Hasta La Muerte, LLC | ECF No. 88 |
| 51. | Richard S. Lagrand Jr. | ECF No. 42 |
| 52. | Robert Garcon | ECF No. 62 |
| 53. | Robert Rodriguez | ECF No. 22 |
| 54. | Rozell Sims | ECF No. 52 |
| 55. | RR Elite, LLC | ECF No. 16 |
| 56. | Said Daibes Figueroa | ECF No. 96 |

| | | |
|---|---|---|
| 57. | Salesforce Properties, LLC | ECF No. 49 |
| 58. | SalesFS, LLC | ECF No. 48 |
| 59. | Schneider Enterprise Resources, LLC | ECF No. 32 |
| 60. | Self Defined, Inc. | ECF No. 97 |
| 61. | Signature Financial Solutions | ECF No. 17 |
| 62. | Sinetix, LLC | ECF No. 60 |
| 63. | Stormy Wellington | ECF No. 40 |
| 64. | Stuntgang, LLC | ECF No. 56 |
| 65. | Tavere Johnson | ECF No. 23 |
| 66. | TDH Properties Limited Partner | Pending Affidavit from Server |
| 67. | Tep Ly Cheam | Pending Affidavit from Server |
| 68. | The Advanced Procurement Team, Inc. | ECF No. 44 |
| 69. | The Finer Things, LLC | ECF No. 50 |
| 70. | TMD Shops, LLC | ECF No. 39 |
| 71. | Tracy F. Glasper | ECF No. 53 |
| 72. | Wealth Connection Global, LLC | ECF No. 30 |
| 73. | Willy G. Contractors, LLC | ECF No. 20 |
| 74. | Ynot Capital, Inc. | ECF No. 89 |

The Plaintiff is still diligently working to effectuate service on the following Defendants:

1. 241 Exotics, LLC
2. Ann Marie Burton
3. Antonio Gates, LLC

4. Bartercorp International, Inc.
5. Blacksite Ranch, LLC
6. Business Makeover, LLC
7. Ching Hung Sun
8. Christopher Niemczyk
9. Conwell Capital Holdings Trust
10. D&K Investment Holdings
11. Ecology Home BH, LLC
12. Elizabeth Rodriguez
13. Full Send Investments, LLC
14. Gabriel M. Lopez
15. Guiseppe Montopoli
16. Investment Partners, LLC
17. Iwynn Productions, LLC
18. James Keith
19. Jamie L. Mellein
20. Jason Yarn Beck
21. Jessica Lopez
22. JJR Wireless Corp.
23. John Gabriel Mellein
24. Joi A. Robinson
25. Juan A. Hernandez
26. Juan Carlos German

27. Keith and James, LLC
28. Kenneth Blount
29. Kos Partners, LLC
30. Leigha Brisco
31. Little Black Book Enterprises, LLC
32. Lizette Hernandez
33. Lymari Rosa Lopez
34. Millar Express, LLC
35. Monroe Family Enterprises, Ltd.
36. NDE Holdings, LLC
37. New Horizon Trust
38. Novus Radar Technology
39. NV Las Vegas Sunrise, LLC
40. Olalla Ranch, LLC
41. Patrice McKinney
42. Patrick Cornelius McHugh
43. Richard Chesler
44. Rodney F. Credit
45. Sams Management, LLC
46. Sharon B. Beck
47. Strong Holdings Group, LLC
48. Tammie Mattish
49. Vosh & Associates, Inc.

50. Waterfall Holding, Inc.

Respectfully submitted,

*/s/ Russell Landy*
Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
DAMIAN | VALORI | CULMO
*Counsel for Plaintiff, Kelly M. Crawford*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 24, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Russell Landy*
Russell Landy