# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:26-CV-24304-CMA

Plaintiff: **Kelly M. Crawford, as Receiver of Traders Domain FX Ltd. d/b/a, Traders Domain, et al.,**
vs.
Defendant: **CF Preferred, LLC, et al.,**

For:
Russell Landy, Esq.
Damian Valori Culmo
1000 Brickell Avenue
Suite 1020
Miami, FL 33131

Received by Vernon Jacobs on the 1st day of July, 2026 at 9:32 pm to be served on **TDH Properties Limited Partner c/o Tina Howell, 85 NE 94th St., Miami, FL 33138.**

I, Vernon Jacobs, being duly sworn, depose and say that on the **24th day of August, 2026** at **1:35 pm, I:**

Served the within named corporation by delivering a true copy of the **21-Day Summons & Complaint with Exhibits, Civil Cover Sheet** with the date and hour of service endorsed thereon by me to **Tina Howell** as **Manager** of the within named corporation at **85 NE 94th St., Miami, FL 33138**, after having first identified myself, reading the style of the case and explaining the contents of the matter aloud, in compliance with State Statutes 48.081.

**Additional Information pertaining to this Service:**
7/8/2026 11:34 am Attempted service at 85 NE 94th St., Miami, FL 33138, Spoke with a guy who said hes just a house guest and defendant out of town will be back in a couple days
7/13/2026 9:13 pm Attempted service at 85 NE 94th St., Miami, FL 33138, House guest saying again shes out of town
8/3/2026 8:01 pm Attempted service at 85 NE 94th St., Miami, FL 33138, The guy who claims to be just a guest, answered the door again for someone who is a guest. Sure, seems to have been here. A very long time said she's not around. I can try back again.
8/14/2026 9:07 pm Attempted service at 85 NE 94th St., Miami, FL 33138, No answer at door
I think shes avoiding

**Description** of Person Served: Age: 44, Sex: F, Race/Skin Color: Black, Height: 5'7", Weight: 170, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. In accordance with Florida State Statute 92.525(2), Notary not required. Date: AUG 27 2026

Subscribed and Sworn to before me on the 27 day of August 2026 by the affiant who is personally known to me.

[signature]
NOTARY PUBLIC

NOTARY PUBLIC STATE OF FLORIDA
CRYSTAL MICHELIN
Commission # HH 779914
Expires April 2, 2030

[signature]
**Vernon Jacobs**
Certified Process Server #1429

**L.R.I. (Process Service & Litigation Support)**
**1011 South Federal Highway**
**2nd Floor**
**Hollywood, FL 33020**
**(954) 944-3900**

Our Job Serial Number: LRA-2026006236