**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24304-CMA**

KELLY M. CRAWFORD, as Receiver of
TRADERS DOMAIN FX LTD. *d/b/a*,
TRADERS DOMAIN, *et al.*,

Plaintiff,

vs.

CF PREFERRED, LLC, *et al.,*

Defendants.
_______________________________________/

**ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT**

Defendant, Mena Millions Inc. ("Mena Millions"), by and through undersigned counsel, hereby files its answer to the Complaint of Kelly M. Crawford, as Receiver of TRADERS DOMAIN FX LTD. *d/b/a*, TRADERS DOMAIN, *et al.*, as follows:

**Overview**

Mena Millions was at one time a corporation controlled by Eric Mena and her then husband, who handled all matters related to this investment. Since the shareholders divorced, Mena Millions has no knowledge of any matter related to this investment.

**Answer**

1. No knowledge.
2. No knowledge.
3. No knowledge.
4. No knowledge.
5. No knowledge.
6. No knowledge.

7. No knowledge.

8. No knowledge.

9. No knowledge.

10. No knowledge.

11. No knowledge.

12. No knowledge.

13. No knowledge.

14. No knowledge.

15. No knowledge.

16. No knowledge.

17. No knowledge.

18. No knowledge.

19. No knowledge.

20. No knowledge.

21. No knowledge.

22. No knowledge.

23. No knowledge.

24. No knowledge.

25. No knowledge.

26. No knowledge.

27. No knowledge.

28. No knowledge.

29. No knowledge.

30. No knowledge.

31. No knowledge.

32. No knowledge.

33. No knowledge.

34. No knowledge.

35. No knowledge.

36. No knowledge.

37. No knowledge.

38. No knowledge.

39. No knowledge.

40. No knowledge.

41. No knowledge.

42. No knowledge.

43. No knowledge.

44. No knowledge.

45. No knowledge.

46. No knowledge.

47. No knowledge.

48. No knowledge.

49. No knowledge.

50. No knowledge.

51. No knowledge.

52. No knowledge.

53. No knowledge.

54. No knowledge.

55. No knowledge.

56. No knowledge.

57. No knowledge.

58. No knowledge.

59. No knowledge.

60. No knowledge.

61. No knowledge.

62. No knowledge.

63. No knowledge.

64. No knowledge.

65. No knowledge.

66. No knowledge.

67. No knowledge.

68. No knowledge.

69. No knowledge.

70. No knowledge.

71. No knowledge.

72. No knowledge.

73. No knowledge.

74. No knowledge.

75. No knowledge.

76. No knowledge.

77. No knowledge.

78. No knowledge.

79. No knowledge.

80. No knowledge.

81. No knowledge.

82. No knowledge.

83. No knowledge.

84. No knowledge.

85. No knowledge.

86. No knowledge.

87. No knowledge.

88. No knowledge.

89. No knowledge.

90. No knowledge.

91. No knowledge.

92. No knowledge.

93. No knowledge.

94. No knowledge.

95. No knowledge.

96. No knowledge.

97. No knowledge.

98. No knowledge.

99. No knowledge.

100. No knowledge.

101. No knowledge.

102. No knowledge.

103. No knowledge.

104. No knowledge.

105. No knowledge.

106. No knowledge.

107. No knowledge.

108. No knowledge.

109. No knowledge.

110. No knowledge.

111. No knowledge.

112. No knowledge.

113. No knowledge.

114. No knowledge.

115. No knowledge.

116. No knowledge.

117. No knowledge.

118. No knowledge.

119. No knowledge.

120. No knowledge.

121. No knowledge.

122. No knowledge.

123. No knowledge.

124. No knowledge.

125. No knowledge.

126. No knowledge.

127. No knowledge.

128. No knowledge.

129. No knowledge.

130. No knowledge.

131. No knowledge.

132. No knowledge.

133. No knowledge.

134. No knowledge.

135. No knowledge.

136. No knowledge.

137. No knowledge.

138. No knowledge.

139. No knowledge.

140. No knowledge.

141. No knowledge.

142. No knowledge.

143. No knowledge.

144. No knowledge.

145. No knowledge.

146. No knowledge.

147. No knowledge.

148. No knowledge.

149. No knowledge.

150. No knowledge.

151. No knowledge.

152. No knowledge.

153. No knowledge.

154. No knowledge.

155. No knowledge.

156. No knowledge.

157. No knowledge.

158. No knowledge.

159. No knowledge.

160. No knowledge.

161. No knowledge.

162. No knowledge.

163. No knowledge.

164. No knowledge.

165. No knowledge.

166. No knowledge.

167. No knowledge.

168. No knowledge.

169. No knowledge.

170. No knowledge.

171. No knowledge.

172. No knowledge.

173. No knowledge.

174. No knowledge.

175. Denied.

176. Denied.

177. No knowledge.

178. No knowledge.

179. No knowledge.

180. No knowledge.

181. No knowledge.

182. No knowledge.

183. No knowledge.

184. No knowledge.

185. No knowledge.

186. No knowledge.

187. No knowledge.

188. No knowledge.

189. No knowledge.

190. No knowledge.

191. No knowledge.

192. No knowledge.

193. No knowledge.

194. No knowledge.

195. No knowledge.

196. No knowledge.

197. No knowledge.

198. No knowledge.

199. No knowledge.

200. No knowledge.

201. No knowledge.

202. No knowledge.

203. No knowledge.

204. No knowledge.

205. No knowledge.

206. No knowledge.

207. No knowledge.

208. No knowledge.

209. No knowledge.

210. No knowledge.

211. No knowledge.

212. No knowledge.

213. No knowledge.

214. No knowledge.

215. No knowledge.

216. No knowledge.

217. No knowledge.

218. No knowledge.

219. No knowledge.

220. No knowledge.

221. No knowledge.

222. No knowledge.

223. No knowledge.

224. No knowledge.

225. No knowledge.

226. No knowledge.

227. No knowledge.

228. No knowledge.

229. No knowledge.

230. No knowledge.

231. No knowledge.

232. No knowledge.

233. No knowledge.

234. No knowledge.

235. No knowledge.

236. No knowledge.

237. No knowledge.

238. No knowledge.

239. No knowledge.

240. No knowledge.

241. No knowledge.

242. No knowledge.

243. No knowledge.

244. No knowledge.

245. No knowledge.

246. No knowledge.

247. No knowledge.

248. No knowledge.

249. No knowledge.

250. No knowledge.

251. No knowledge.

252. No knowledge.

253. No knowledge.

254. No knowledge.

255. No knowledge.

256. No knowledge.

257. No knowledge.

258. No knowledge.

259. No knowledge.

260. No knowledge.

261. No knowledge.

262. No knowledge.

263. No knowledge.

264. No knowledge.

265. No knowledge.

266. No knowledge.

267. No knowledge.

268. No knowledge.

269. No knowledge.

270. No knowledge.

271. No knowledge.

272. No knowledge.

273. No knowledge.

274. No knowledge.

275. No knowledge.

276. No knowledge.

277. No knowledge.

278. No knowledge.

279. No knowledge.

280. No knowledge.

281. No knowledge.

282. No knowledge.

283. No knowledge.

284. No knowledge.

285. No knowledge.

286. No knowledge.

287. No knowledge.

288. No knowledge.

289. No knowledge.

290. No knowledge.

291. No knowledge.

292. No knowledge.

293. No knowledge.

294. No knowledge.

295. No knowledge.

296. No knowledge.

297. No knowledge.

298. No knowledge.

299. No knowledge.

300. No knowledge.

301. No knowledge.

302. No knowledge.

303. No knowledge.

304. No knowledge.

305. No knowledge.

306. No knowledge.

307. No knowledge.

308. No knowledge.

309. No knowledge.

310. No knowledge.

311. No knowledge.

312. No knowledge.

313. No knowledge.

314. No knowledge.

315. No knowledge.

316. No knowledge.

317. No knowledge.

318. No knowledge.

319. No knowledge.

320. No knowledge.

321. No knowledge.

322. No knowledge.

323. No knowledge.

324. No knowledge.

325. No knowledge.

326. No knowledge.

327. No knowledge.

328. No knowledge.

**Affirmative Defenses**

At all times relevant, Mena Millions believed it had made a valid investment that was partially resolved and any money that it received was offset against the original investment and long since spent. Hence, Mena Millions has no business, nor assets to pay any recovery.

Respectfully submitted,

**WOLFE LAW MIAMI, P.A.**
***Counsel for Defendant Mena Millions Inc.***
1100 Brickell Bay Dr., Suite 5200
Miami, Florida 33131
Telephone: 305-384-7370
Facsimile: 305-384-7371

By: /s/Richard C. Wolfe
RICHARD C. WOLFE
Florida Bar No. 355607
rwolfe@wolfelawmiami.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.