**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-24304-CIV-ALTONAGA**

**KELLY M. CRAWFORD**,

Plaintiff,

v.

**CF PREFERRED, LLC**, *et al.*,

Defendants.
_____________________________/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On June 24, 2026, the Court entered an Order [ECF No. 4] administratively closing the case while Plaintiff, Kelly M. Crawford attempts to serve the numerous Defendants. (*See generally id.*). Then, on July 13, 2026, the Court entered an Order [ECF No. 18] instructing Defendants not to respond to Plaintiff's Complaint while the case is closed. (*See id.*). On September 2, 2026, Defendant, Mena Millions, Inc. filed its Answer . . . [ECF No. 114]. Because the filing violates the Court's July 13, 2026 Order, it is

**ORDERED AND ADJUDGED** that Defendant, Mena Millions, Inc.'s Answer . . . **[ECF No. 114]** is **STRICKEN**. Defendants are reminded that the case remains closed. However, all Defendants shall file notices of appearance or, in the case of a natural person, a notice of appearance or notice of intent to proceed *pro se*, within 21 days of service.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of September, 2026.

_____________________________
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record