**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24304-CMA**

Kelly M. Crawford, as Receiver of
TRADERS DOMAIN FX LTD. d/b/a,
TRADERS DOMAIN, et al.,

Plaintiff,

v.

CF Preferred, LLC, et al.,

Defendants.
_______________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ERIK JOHNSON, KATAPULT EVENTS, LLC, SALESFS, LLC, AND SALESFORCE PROPERTIES, LLC**

Plaintiff, Kelly M. Crawford, as Receiver of Traders Domain FX LTD. d/b/a Traders Domain, et al., files this notice of voluntary dismissal without prejudice only as to his claims against Defendants, Erik Johnson, Katapult Events, LLC, SalesFS, LLC, and Salesforce Properties, LLC. For the avoidance of doubt, this dismissal applies only to the Receiver's claims as to Erik Johnson, Katapult Events, LLC, SalesFS, LLC, and Salesforce Properties, LLC, and not any other Defendant.

Respectfully submitted,

*/s/ Russell Landy*

Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
DAMIAN | VALORI | CULMO
*Counsel for Plaintiff, Kelly M. Crawford*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

Telephone: (305) 371-3960
Facsimile: (305) 371-3965

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 4, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Russell Landy*
Russell Landy