**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-24304-CIV-ALTONAGA**

Kelly M. Crawford,

Plaintiff,

v.

CF Preferred, LLC, *et al.*,

Defendants.

_______________________________________/

**PLAINTIFF'S RENEWED MOTION TO APPROVE EARLY MEDIATION DATES**

Plaintiff, Kelly M. Crawford, as Receiver, requests the Court to approve the mediation dates proposed by the Receiver, and states:

1. On September 1, 2026, the Court entered an Order on Plaintiff's Motion to Set Early Mediation Procedures [ECF No. 112], pursuant to which the Receiver was required to set aside a one-week period for early mediation sessions to take place between the Receiver and Defendants.

2. On September 8, 2026, the Receiver filed his Notice of Mediation, indicating that Judge Alan Fine (Ret.) is available to conduct mediation sessions on and between November 17, 2026 and November 20, 2026. ECF No. 124.

3. It was determined today that, due to Judge Fine's availability, the above mediation period is the soonest extended period available for the mediator to schedule these back-to-back sessions.[1]

[1] Judge Fine has other single day periods available prior to this period which the Receiver will use to attempt to schedule individual sessions should any of the Defendants be willing to do so.

4. Although the Order on Early Mediation Procedures [ECF No. 112] indicates that the mediation period should be within the ensuing forty-five days from the date of the Court's order, the Receiver requests the Court to approve the above mediation period.

5. This motion is not being brought for the purpose of delay, and the Receiver intends to vigorously and efficiently pursue his claims in this matter. In the interim, the Receiver intends to continue his attempts to effect service upon the remaining unserved defendants and to pursue and/or resolve this case against the Defendants present before the Court.

WHEREFORE, Plaintiff, Kelly M. Crawford, as Receiver, respectfully requests the Court to approve the November 17 to November 20, 2026 mediation period, as set forth above, and grant such other relief as may be just and proper.

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that on September 8, 2026, counsel for the Receiver conferred with counsel for the Defendants. CF Preferred, LLC and GPD OTC, LLC agree to the relief sought in this Motion. The remaining Defendants have not responded as of the time of filing.

Respectfully submitted,

*/s/ Vincenzo Lamonica*
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
DAMIAN | VALORI | CULMO
*Counsel for Plaintiff, Kelly M. Crawford*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

Telephone: (305) 371-3960
Facsimile: (305) 371-3965

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, a true and correct copy of the foregoing document was served via CM/ECF upon all parties and counsel of record registered to receive electronic notices through the CM/ECF system.

*/s/ Vincenzo Lamonica*
Vincenzo Lamonica