**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-24304-CIV-ALTONAGA**

**KELLY M. CRAWFORD**,

Plaintiff,

v.

**CF PREFERRED, LLC**, *et al.*,

Defendants.
_______________________________________/

**[PROPOSED] ORDER ON PLAINTIFF'S**
**RENEWED MOTION TO APPROVE EARLY MEDIATION DATES**

THIS CAUSE came before the Court on Plaintiff Kelly M. Crawford's Renewed Motion to Approve Early Mediation Dates [ECF No. ____]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

1. Pursuant to ECF No. 112, the early mediation sessions between the Receiver and Defendants shall take place between November 17, 2026 and November 20, 2026, or at any other mutually agreeable earlier date.

**DONE AND ORDERED** in Miami, Florida, this ___ day of September, 2026.

_______________________________________
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: Counsel of record