**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24304-CMA**

Kelly M. Crawford, as Receiver of
TRADERS DOMAIN FX LTD. d/b/a,
TRADERS DOMAIN, et al.,

Plaintiff,

v.

CF Preferred, LLC, et al.,

Defendants.
_______________________________________/

**NOTICE OF SETTLEMENT WITH SHARON BECK,**
**HAORAN SHI TRADE, INC, AND COHEN AND CARTER, LLC**

Plaintiff, Kelly M. Crawford, as court-appointed receiver (the "Receiver") notifies the Court that he has executed settlement agreements with Defendants, Sharon Beck, Haoran Shi Trade, Inc., and Cohen and Carter, LLC, which are subject to approval of the Receivership Court. Upon approval by the Receivership Court, the parties will file a stipulation for dismissal with prejudice of the Receiver's claims against Sharon Beck, Haoran Shi Trade, Inc., and Cohen and Carter, LLC. For the avoidance of doubt, this notice applies only to the Receiver's claims as to Sharon Beck, Haoran Shi Trade, Inc., and Cohen and Carter, LLC, and not any other Defendant.

Respectfully submitted,

*/s/ Russell Landy*

Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
DAMIAN | VALORI | CULMO
*Counsel for Plaintiff, Kelly M. Crawford*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 30, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Russell Landy*
Russell Landy