**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24304-CMA**

Kelly M. Crawford, as Receiver of
TRADERS DOMAIN FX LTD. d/b/a,
TRADERS DOMAIN, et al.,

Plaintiff,

v.

CF Preferred, LLC, et al.,

Defendants.

______________________________________/

# STATUS REPORT ON SERVICE OF DEFENDANTS

Plaintiff, Kelly M. Crawford, as Receiver of Traders Domain FX Ltd., et al., pursuant to the Court's Order [ECF No. 4] files this status report concerning is continued efforts to serve each Defendant.

The Plaintiff has effectuated service on the following Defendants:

| | | |
|---|---|---|
| 1. | 319 Investment Holdings, LLC | ECF No. 61 |
| 2. | Alejandro D. Canto | ECF No. 3 |
| 3. | Alejandro Imar Calderin | ECF No. 84 |
| 4. | Amaury Lendeborg | ECF No. 24 |
| 5. | Angel Benjamin Pomavilla Morocho | ECF No. 37 |
| 6. | Angela Ramson | ECF No. 51 |
| 7. | Ashley Hughes | ECF No. 33 |
| 8. | Blacksite Ranch, LLC | ECF No. 144 |
| 9. | Boba Tree, LLC | ECF No. 12 |
| 10. | Bolden Capital Group, LLC | ECF No. 21 |

| | | |
|---|---|---|
| 11. | Brandon L. Thornhill | ECF No. 25 |
| 12. | Brandon Sims | ECF No. 43 |
| 13. | CF Preferred, LLC | ECF No. 68 |
| 14. | Cohen and Carter, LLC | ECF No. 7 |
| 15. | Daniel Stammen | ECF No. 28 |
| 16. | Darnell Self | ECF No. 101 |
| 17. | David Shands, LLC | ECF No. 106 |
| 18. | Davis Bowe Enterprises, LLC | ECF No. 51 |
| 19. | Day Trading Lab, LLC | ECF No. 27 |
| 20. | Doris M. Liriano | ECF No. 11 |
| 21. | DTM Group, LLC | ECF No. 8 |
| 22. | Ecology Home BH, LLC | Served via Sec. of State, Affidavit Pending |
| 23. | Edra Lillian Bonsall | ECF No. 94 |
| 24. | Erik Johnson | ECF No. 47 |
| 25. | Fabian Guerra | ECF No. 14 |
| 26. | FQP Supplies, LLC | ECF No. 31 |
| 27. | Full Send Investments, LLC | Served via Sec. of State, Affidavit Pending |
| 28. | Gabriel M. Lopez | Served via Sec. of State, Affidavit Pending |
| 29. | Gabriela C. Giralt | ECF No. 15 |
| 30. | Global JTM Holdings, LLC | ECF No. 58 |
| 31. | GPD OTC, LLC | ECF No. 92 |
| 32. | Haoran Shi Trade, Inc. | ECF No. 64 |
| 33. | Heather H. Goss | ECF No. 45 |

| | | |
|---|---|---|
| 34. | HIM 500, LLC | ECF No. 54 |
| 35. | Jace Investment Group, Inc. | ECF No. 41 |
| 36. | Jacob Morayniss | ECF No. 102 |
| 37. | Jason K. Lobdell | ECF No. 35 |
| 38. | JDC Marketing Solutions, LLC | ECF No. 26 |
| 39. | Jessica Lopez | Served via Sec. of State, Affidavit Pending |
| 40. | John Hopkins | ECF No. 38 |
| 41. | Justin C. Griffin | ECF No. 59 |
| 42. | Katapult Events, LLC | ECF No. 55 |
| 43. | Kenneth Blount | ECF No. 137 |
| 44. | L-C Green AG Developers, Ltd. | ECF No. 103 |
| 45. | L&N Group Holdings, LLC | ECF No. 29 |
| 46. | Leanp Construction, LLC | ECF No. 65 |
| 47. | Lizette Hernandez | ECF No. 151 |
| 48. | Loretta Dow Freyhof | ECF No. 93 |
| 49. | Lourdes C. Ortega Huerta | ECF No. 36 |
| 50. | Mena Millions, Inc. | ECF No. 95 |
| 51. | Ninjago, Inc. | ECF No. 63 |
| 52. | Peter B. Gross | ECF No. 57 |
| 53. | PTG 365, LLC | ECF No. 99 |
| 54. | PTG Enterprises, Inc. | ECF No. 98 |
| 55. | Rajkumarie Shivmangal | ECF No. 19 |
| 56. | Ramon G. Fernandez, P.A. | ECF No. 13 |

| | | |
|---|---|---|
| 57. | Real Hasta La Muerte, LLC | ECF No. 88 |
| 58. | Richard S. Lagrand Jr. | ECF No. 42 |
| 59. | Robert Garcon | ECF No. 62 |
| 60. | Robert Rodriguez | ECF No. 22 |
| 61. | Rozell Sims | ECF No. 52 |
| 62. | RR Elite, LLC | ECF No. 16 |
| 63. | Said Daibes Figueroa | ECF No. 96 |
| 64. | Salesforce Properties, LLC | ECF No. 49 |
| 65. | SalesFS, LLC | ECF No. 48 |
| 66. | Schneider Enterprise Resources, LLC | ECF No. 32 |
| 67. | Self Defined, Inc. | ECF No. 97 |
| 68. | Sharon B. Beck | ECF No. 138 |
| 69. | Signature Financial Solutions | ECF No. 17 |
| 70. | Sinetix, LLC | ECF No. 60 |
| 71. | Stormy Wellington | ECF No. 40 |
| 72. | Stuntgang, LLC | ECF No. 56 |
| 73. | Tammie Mattish | ECF No. 152 |
| 74. | Tavere Johnson | ECF No. 23 |
| 75. | TDH Properties Limited Partner | ECF No. 107 |
| 76. | Tep Ly Cheam | ECF No. 142 |
| 77. | The Advanced Procurement Team, Inc. | ECF No. 44 |
| 78. | The Finer Things, LLC | ECF No. 50 |
| 79. | TMD Shops, LLC | ECF No. 39 |

| | | |
|---|---|---|
| 80. | Tracy F. Glasper | ECF No. 53 |
| 81. | Wealth Connection Global, LLC | ECF No. 30 |
| 82. | Willy G. Contractors, LLC | ECF No. 20 |
| 83. | Ynot Capital, Inc. | ECF No. 89 |

The Plaintiff is still diligently working to effectuate service on the following Defendants:

| | | |
|---|---|---|
| 1. | 241 Exotics, LLC | |
| 2. | Ann Marie Burton | |
| 3. | Antonio Gates, LLC | |
| 4. | Bartercorp International, Inc. | |
| 5. | Business Makeover, LLC | ECF 119 Notice of Voluntary Dismissal |
| 6. | Ching Hung Sun | |
| 7. | Christopher Niemczyk | |
| 8. | Conwell Capital Holdings Trust | |
| 9. | D&K Investment Holdings | |
| 10. | Elizabeth Rodriguez | |
| 11. | Guiseppe Montopoli | |
| 12. | Investment Partners, LLC | |
| 13. | Iwynn Productions, LLC | |
| 14. | James Keith | |
| 15. | Jamie L. Mellein | |
| 16. | Jason Yarn Beck | |
| 17. | JJR Wireless Corp. | Service Pending with Secretary of State |

| | | |
|---|---|---|
| 18. | John Gabriel Mellein | |
| 19. | Joi A. Robinson | |
| 20. | Juan A. Hernandez | Service Pending with Secretary of State |
| 21. | Juan Carlos German | |
| 22. | Keith and James, LLC | |
| 23. | Kos Partners, LLC | |
| 24. | Leigha Brisco | |
| 25. | Little Black Book Enterprises, LLC | Service Pending with Secretary of State |
| 26. | Lymari Rosa Lopez | |
| 27. | Millar Express, LLC | Service Pending with Secretary of State |
| 28. | Monroe Family Enterprises, Ltd. | |
| 29. | NDE Holdings, LLC | |
| 30. | New Horizon Trust | |
| 31. | Novus Radar Technology | |
| 32. | NV Las Vegas Sunrise, LLC | |
| 33. | Olalla Ranch, LLC | |
| 34. | Patrice McKinney | |
| 35. | Patrick Cornelius McHugh | |
| 36. | Richard Chesler | |
| 37. | Rodney F. Credit | |
| 38. | Sams Management, LLC | Service Pending with Secretary of State |
| 39. | Strong Holdings Group, LLC | |
| 40. | Vosh & Associates, Inc. | Service Pending with Secretary of State |

41. Waterfall Holding, Inc.

Respectfully submitted,

*/s/ Russell Landy*
Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
DAMIAN | VALORI | CULMO
*Counsel for Plaintiff, Kelly M. Crawford*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 23, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Russell Landy*
Russell Landy